## TRIMBLE v. THE STATE.

Appeal from Rains county.

*Indictment—Robbery.*—An indictment alleging "that Bill Trimble did with force and arms, in the county of Rains and State of Texas, on the 26th day of October, 1883, by assault and by violence and by putting in fear of life and bodily injury, unlawfully and fraudulently take from the person and possession of Henry Ivy, ten dollars in money," etc.; held bad, because it does not allege that the party alleged to have been robbed was the person assaulted or put in fear by the defendant.

*Evidence.*—For the purpose of showing the *animus* of the witness Ivy, the prosecutor, defendants counsel should have been allowed to ask him if he had not, just before instituting this prosecution, had a conversation with defendant about defendant's knowlege of an alleged incestuous intercourse between witness and his niece.

Reversed and remanded.

Opinion by Willson, J.

---

## MARTINEZ v. THE STATE.

*Charge—Value.*—Where the grade of the offense and its punishment depends upon the value of the property stolen, and there is any conflict in the testimony as to its value, it is error to refuse to instruct the jury as to the proper standard by which to arrive at the value of the stolen property.

*Value.*—The standard is the market value of the property if there is any market for such property. If it has no market value, then the amount it would cost to replace it, would be the standard of its worth.

Reversed and remanded.

Opinion by Willson, J.